IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID KINCADE and**
**DAWNA KINCADE**                                                 **PLAINTIFFS**

**v.**                     **Case No. 4:13-cv-00126-KGB**

**ALLSTATE INSURANCE COMPANY**                           **DEFENDANT**

**AMENDED ORDER**

Before the Court is the parties' joint motion to extend discovery deadline (Dkt. No. 10). The parties request up to and including January 29, 2014, to complete discovery. The parties' request conflicts with the trial date of January 27, 2014, as set by the Court's Final Scheduling Order (Dkt. No. 9). Therefore, the Court will treat the motion as a motion to extend the discovery deadline and a motion for continuance.

For good cause shown, the motion is granted (Dkt. No. 10). The parties shall have up to and including January 29, 2014, to complete discovery. This matter is removed from the trial docket for the week of January 27, 2014. A new trial date will be set and an Amended Final Scheduling Order will be issued by separate order, resetting all deadlines that have not passed.

SO ORDERED this the 9th day of October, 2013.

_____
Kristine G. Baker
United States District Judge